

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Jonathan Pototsky**
**County Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document**
**CO Garfield County District Court 9th JD**
**Filing Date: Dec 22 2010 11:28AM MST**
**Filing ID: 35013181**
**Review Clerk: N/A**

DISTRICT COURT, GARFIELD COUNTY, COLORADO
109 8th Street, Glenwood Springs, CO 81601
tel:  970.945.5075

**Plaintiff**:  Carolyn M. Strautman

vs.

**Defendants**:  Shelley S. Binkley, M.D., Alpine Women's Care, P.C., a Colorado corporation, and Conceptus, Inc., a California corporation

**Attorney for Plaintiff:**
Paul W. Gertz, Reg #: 37040
Law Offices of Paul Gertz, P.C.
804 Colorado Avenue, Glenwood Springs, CO  81601
Phone Number:  (970) 384-1910
Fax Number:     (970) 384-1916
e-mail:  paulgertz@gertzlegal.net

▲ COURT USE ONLY ▲

Case No:  2010CV300

Division:  A

### (proposed) ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT AND DISMISSING DEFENDANT ALPINE WOMEN'S CARE, P.C.

ON THIS DAY, CAME ON TO BE HEARD, Plaintiff's Unopposed Motion to File Second Amended Complaint and the Court being fully advised in the premises,

HEREBY GRANTS Plaintiff's Motion.  IT IS ORDERED that Plaintiff is granted leave to file a Second Amended Complaint.

IT IS FURTHER ORDERED that Defendant Alpine Women's Care, P.C. is dismissed from this case without prejudice.

DATED this _____ day of _____ , 2010.

BY THE COURT:

_____
Daniel B. Petre
District Court Judge

**Exhibit E**

| | |
|---|---|
| This document constitutes a ruling of the court and should be treated as such. | |
| **Court:** | CO Garfield County District Court 9th JD |
| **File & Serve Transaction ID:** | 34617011 |
| **Current Date:** | Dec 22, 2010 |
| **Case Number:** | 2010CV300 |
| **Case Name:** | STRAUTMAN, CAROLYN M vs. BINKLEY, SHELLEY S MD et al |

**/s/ Judge Jonathan B Pototsky**

**Exhibit E**